1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 **JAMES LAMB,**            )    NO. EDCV 07-397-MAN
                                 )

12             **Plaintiff,**    )
                                 )    **JUDGMENT**

13         **v.**             )
                                 )

14 **MICHAEL J. ASTRUE,**    )
**Commissioner of the**    )

15 **Social Security Administration,**    )
                                 )

16            **Defendant.**    )
                                 )

17 _____

18

19     Pursuant to the Court's Memorandum Opinion and Order,

20

21     IT IS ADJUDGED that the decision of the Commissioner of the Social

22 Security Administration is reversed, and the cause is remanded for

23 further proceedings consistent with the provisions of the Memorandum

24 Opinion.

25

26 DATED: August 21, 2008

27                                    /s/
                         _____

28                           MARGARET A. NAGLE
            UNITED STATES MAGISTRATE JUDGE